UNITED STATES DISTRICT COURT
FOR   THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | File No. 2:00 CR 109-4 |
| | : | |
| EARL GREENWOOD | : | |
| | : | |

ORDER

The Report and Recommendation of the United States
Magistrate Judge was filed August 7, 2007.  After careful review
of the file and the Magistrate Judge's Report and
Recommendation, no objections having been filed by any party,
this Court ADOPTS the Magistrate Judge's recommendations in full
for the reasons stated in the Report.

A district judge must make a *de novo* determination of
those portions of a magistrate judge's report and recommendation
to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C.
§ 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227
(S.D.N.Y. 1989).  The district judge may "accept, reject, or
modify, in whole or in part, the magistrate's proposed findings
and recommendations."  *Id.*

The motion to vacate (paper 334) pursuant to 28 U.S.C. §
2255 is **DENIED**.

Pursuant to Fed. R. App. P. 22(b), a certificate of
appealability is **DENIED** because the petitioner has failed to

make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal taken *in forma pauperis* would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 28th day of August, 2007.

/s/ William K. Sessions III___
William K. Sessions III
Chief Judge
U.S. District Court